**State of New York
Court of Claims**



Kennthe Dyson,

        Claimant,

        v.

The State of,

        Defendant.

New York

Claim

9:17-CV-674

1. The post office address of the claimant is: Sing Sing Correctional Facility, 354 Hunter Street, Ossining, New York 10562.

2. This claim arises from the acts or omissions of the defendant. Details of said acts or omissions are as follows: #6 On April 17th, 2017, Claimant Kennthe Dyson housed in Sing Sing Correctional facility. WAS Jumped by approxiately (5) imates inside Sing Sing Correctional facility's B-Block yard, #2 This incident happened Approximately 9:00pm, Claimant was hit from behind than savagely kicked, punched, & stomped About the head AND body to the point of unconscienceness, while in the presence of Correctional #4 Officers. #3 As A result, Claimant was sent out by E.M.T to phelps medical hospital because the Claimant sustained

1

Severe head truma and Lost of vision in his right eye, Claimant Also didn't remember his name or known where he was.

3. The place where the act(s) took place is: Sing Sing Correctional facility's north B-Block yard, At Approximately 9:00 pm. April 17th, 2017.

4. This claim accrued on the 17 day of April, 2017, at 9:00 pm o'clock.

5. Identifying the items of damage or injuries claimed to have been sustained: #①  #②  #③

Claimant Lost All vision in his Right eye. #② Claimant is suffering Severe Head Truma. #③ Claimant is Also suffering from A severe injury in Claimants private area, from multiple kicks and stomp's to that area.

6. (Check appropriate box):

[✓] This claim is served and filed within **90 days of accrual.**
OR
[✓] A **Notice of Intention to File a Claim** was served on June 5, 20 17, which was within 90 days of accrual.
OR
[ ] This is a claim by a correctional facility inmate to recover damages for injury to or loss of personal property and it is served within **120 days of the exhaustion of claimant's administrative remedies**

By reason of the foregoing, Claimant was damaged in the amount of $ 250,000 and Claimant demands judgment against the Defendant(s) for said amount.

Kennthe Dyson
Claimant

# VERIFICATION

State of New York)
              ) ss.:
County of Westchester)

_Kennthe Dyson_, being duly sworn, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

_Kennthe Dyson_
Claimant

SWORN TO BEFORE ME THIS

14 DAY OF June, 2017

_____
NOTARY PUBLIC



TYRELL HILL
NOTARY PUBLIC
QUEENS COUNTY, NEW YORK
MY COMMISSION EXPIRES SEPT. 02, 2019

## SERVICE AND FILING INSTRUCTIONS

You must serve a copy of the claim in accordance with Court of Claims Act section 11(a) and you must file the original and two copies, with proof of service, and the filing fee of $50.00 or an application for waiver or reduction of the filing fee, with the Clerk of the Court of Claims

**FAILURE TO AFFECT PROPER AND TIMELY SERVICE AND FILING MAY RESULT IN DISMISSAL OF YOUR CLAIM.**

New York State Court of Claims
Justice Building, P.O. Box 7344
Albany, New York 12224
(518) 432-3411